UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH ESPARZA,

          Plaintiff,

    v.

ALLSTATE FIRE AND CASUALTY INSURANCE CO.,

          Defendant.

Case No. C21-5130-MLP

ORDER

      On November 19, 2021, Defendant Allstate Fire and Casualty Insurance Company ("Allstate") filed a Motion for Limited Bifurcation. (Dkt. # 31.) Given Plaintiff Joseph Esparza's response joining the motion, filed December 2, 2021 (dkt. # 32), it appears that Allstate failed to satisfy the Court's requirement to meet and confer with opposing counsel prior to filing the motion. As explained in the Court's Chambers Procedures, "[t]he Court construes this requirement strictly" and "[f]ilings not in compliance with this rule may be stricken." Judge Michelle L. Peterson Procedures, *available at* www.wawd.uscourts.gov/judges/peterson-procedures.

      Accordingly, the Court hereby orders that Allstate's motion (dkt. # 31) be STRICKEN. The parties are directed to file a stipulated motion on the issue of bifurcation.

ORDER - 1

Dated this 2nd day of December, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2